Case 8:16-cr-00478-JSM-TGW   Document 89   Filed 02/28/25   Page 1 of 1 PageID 361

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) |
| v. | ) |
| JUAN GABRIEL SANCHEZ-COELLO | ) Case No: 8:16-cr-478-JSM-TGW |
| | ) USM No: 68044-018 |
| Date of Original Judgment: 08/11/2017 | ) |
| Date of Previous Amended Judgment: | ) Howard Anderson, FPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168   months **is reduced to**   135 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   08/11/2017   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  2/28/2025

*Judge's signature*

Effective Date:

James S. Moody, Jr., United States District Judge
*(if different from order date)*   *Printed name and title*